terested witness, the jury had also the right to disbelieve his testimony. We therefore think that substantial justice has been rendered by the jury's verdict, and the judgment and order appealed from are affirmed, with costs. Judgment and order affirmed, with costs.

DELEHANTY, J., concurs.

DOBSON et al., Appellants, v. DR. B. J. KAY MEDICAL CO., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Lotta S. M. Dobson and another against the Dr. B. J. Kay Medical Company. From a judgment for defendant, and from an order denying a motion for a new trial, plaintiffs appeal. Affirmed, except as to awarding costs to defendant.

PER CURIAM. The order denying motion for a new trial, and the judgment, should be affirmed, except that part of the judgment which awards costs to the defendant, and as to that part it should be reversed, with costs to the respondent. The order denying the plaintiffs' application for a certificate should be reversed, as we are of opinion that in this action a claim of title to real property arises on the pleadings, and an application for a certificate in such cases is unnecessary. The plaintiffs should make application to the clerk for taxation of their costs.

DORRMAN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Action by Frederick Dorrman against the Union Railway Company of New York City. No opinion. Judgment and order unanimously affirmed, with costs.

DOYLE, Respondent, v. AMERICAN WRINGER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by Annie Doyle against the American Wringer Company. No opinion. Motion granted, without costs.

DRISCOLL, Respondent, v. AMERICAN WATCHMAN'S TIME DETECTOR CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Frank E. Driscoll against the American Watchman's Time Detector Company. W. L. Bunnell, for appellant. M. A. Lesser, for respondent. No opinion. Judgment affirmed, with costs.

DUNHAM v. DUNHAM. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Action by John A. Dunham against Margaret J. Dunham. No opinion. Motion denied, with $10 costs.

DUNLEVIE, Respondent, v. WHITMER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1901.) Action by Ernest V. Dunlevie against William Whitmer & Sons. No opinion. Order affirmed, with $10 costs and disbursements.

DUNN et al., Respondents, v. BARRY, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Tabitha Dunn and others against Peter Barry. D. A. Levien, for appellant. D. M. Neuberger, for respondents. No opinion. Judgment affirmed, with costs.

DWYER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Robert F. Dwyer against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. John J. Quencer, for respondent.

PER CURIAM. Although the evidence was conflicting, there was sufficient to justify the judgment. If it were held to be contributory negligence as a matter of law to attempt to cross a railway track with a horse and wagon when a car is a block and a half away, all travel except by surface cars would practically have to be suspended. The motorman admits that he saw the wagon on or near the track when he was about a block away, and he should then have taken the necessary measures to avoid a collision. His story that the horse swerved into the car after he had safely cleared the wagon lacks corroboration, and the justice was warranted in disregarding it. Judgment affirmed, with costs.

EARLY v. O'BRIEN. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Action by Daniel J. Early against James O'Brien. No opinion. Motion granted, with $10 costs.

EDWARD THOMPSON CO., Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Action by Edward Thompson Company against William L. Clark, Jr. No opinion. Interlocutory judgment affirmed, with costs.

EDWARDS, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1901.) Action by Jesse G. Edwards against the city of Mt. Vernon. No opinion. Judgment and order unanimously affirmed, on authority of Archer v. City of Mt. Vernon, 63 App. Div. 286, 71 N. Y. Supp. 571, with costs.

EDWARDS, Respondent, v. HARTFORD FIRE INS. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Annie Edwards against the Hartford Fire Insurance Company. William D. Murray, for appellant. D. Frank Lloyd, for respondent.

PER CURIAM. This case is not to be distinguished from Bryce v. Insurance Co., 55 N. Y. 240, 14 Am. Rep. 249. Under the rule declared in that case, which has never been modified or departed from, the defendant established a complete defense, and should have prevailed. Judgment reversed, and new trial granted, with costs to appellant to abide event.